**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**
**BROOKLYN DIVISION**

| | |
|---|---|
| ANASTASIA ANDREYEVA,<br><br>Plaintiff,<br><br>vs.<br><br>NK PROGRESS, INC., NATA'S KIDS, INC., and NATALYA KASHUK,<br><br>Defendant. | Case No.: 1:26-cv-00541-OEM-VMS<br><br>**SUMMONS RETURNED EXECUTED AS TO NATA'S KIDS,, INC. ONLY** |

Pursuant to the Federal Rules of Civil Procedure, Rule 4, Plaintiff Anastasia Andreyeva,

has served upon Defendant Nata's Kids, Inc., copies of the following documents:

1. Issued Summons;

2. Complaint;

3. Civil Cover Sheet;

4. Notice of Case Assignment

5. Initial Scheduling Order

6. USMJ Consent form

Attached hereto is a copy of the Proof of Service.

Dated: New York,
　　　May 6, 2026

**SAGE LEGAL LLC**

　*/s/ Emanuel Kataev, Esq.*　
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*Anastasia Andreyeva*

1

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Eastern District of New York

<table>
<tr><td>ANASTASIA ANDREYEVA</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td><i>Plaintiff(s)</i></td><td>)</td><td></td></tr>
<tr><td>v.</td><td>)</td><td>Civil Action No. 1:26-cv-00541  OEM/VMS</td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>NK PROGRESS, INC., NATA'S KIDS, INC., and<br>NATALYA KASHUK</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td><i>Defendant(s)</i></td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See attached Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    SAGE LEGAL LLC
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
emanuel@sagelegal.nyc

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date:  1/3/2026                          s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-00541

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print        Save As...        Reset

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION**

| | |
|---|---|
| ANASTASIA ANDREYEVA,<br><br>                    Plaintiff,<br><br>        vs.<br><br>NK PROGRESS, INC., NATA'S KIDS, INC.,<br>and NATALYA KASHUK,<br><br>                    Defendants. | Case No.:  1:26-cv-00541<br><br>**RIDER TO SUMMONS** |

NK PROGRESS, INC.
1733 Sheepshead Bay Road, Suite 16,
Brooklyn, NY 11235


NATA'S KIDS, INC.
1733 Sheepshead Bay Road, Suite 16,
Brooklyn, NY 11235


NATALYA KASHUK
1733 Sheepshead Bay Road, Suite 16,
Brooklyn, NY 11235

1

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Emanuel Kataev, Esq.<br>Sage Legal LLC<br>18211 Jamaica Avenue<br>Jamaica, NY 11423<br>Telephone No: 718-412-2421 | | |
| Attorney for: Plaintiff(s) | Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court - Eastern District Of New York |

| Plaintiff(s): Anastasia Andreyeva |
|---|
| Defendant: NK Progress, Inc., et al. |

| **AFFIDAVIT OF SERVICE**<br>**Summons/Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>26CV00541OEMVMS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Notice of Case Assignment; ; Initial Scheduling Order; USMJ Consent form

3. a. *Party served:*  Nata's Kids, Inc.
   b. *Person served:*  Svitlana Vaskiv, Service Coordinator, Caucasian, Female, 25-35 Years Old, Blond Hair, Eyes, 5 Feet, 135 Pounds

4. *Address where the party was served:*  1733 Sheepshead Bay Road
   Suite 16
   Brooklyn, NY 11235

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Feb. 27, 2026 (2) at: 10:52AM

7. **Person Who Served Papers:**                                      *Fee for Service:*
   a. Jeisser Mejia
   b. **Class Action Research & Litigation**
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

8. I affirm on March 2ⁿᵈ , 2026 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

AFFIDAVIT OF SERVICE
Summons/Complaint                                      (Jeisser Mejia)

emkat.293353