**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**
**BROOKLYN DIVISION**

| | |
|---|---|
| ANASTASIA ANDREYEVA,<br><br>Plaintiff,<br><br>vs.<br><br>NK PROGRESS, INC., NATA'S KIDS, INC., and NATALYA KASHUK,<br><br>Defendant. | Case No.: 1:26-cv-00541-OEM-VMS<br><br>**SUMMONS RETURNED EXECUTED AS TO NATALYA KASHUK ONLY** |

Pursuant to the Federal Rules of Civil Procedure, Rule 4, Plaintiff Anastasia Andreyeva,

has served upon Defendant Natalya Kashuk, copies of the following documents:

1. Issued Summons;

2. Complaint;

3. Civil Cover Sheet;

4. Notice of Case Assignment

5. Initial Scheduling Order

6. USMJ Consent form

Attached hereto is a copy of the Proof of Service.

Dated: New York,
      May 6, 2026

**SAGE LEGAL LLC**

  */s/ Emanuel Kataev, Esq.*   
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*Anastasia Andreyeva*

1

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| ANASTASIA ANDREYEVA | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:26-cv-00541  OEM/VMS |
| | ) | |
| NK PROGRESS, INC., NATA'S KIDS, INC., and | ) | |
| NATALYA KASHUK | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See attached Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     SAGE LEGAL LLC
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
emanuel@sagelegal.nyc

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**BRENNA B. MAHONEY**
*CLERK OF COURT*

Date:     1/3/2026

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:26-cv-00541

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*




My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print        Save As...        Reset

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**
**BROOKLYN DIVISION**

| | |
|---|---|
| ANASTASIA ANDREYEVA,<br><br>Plaintiff,<br><br>vs.<br><br>NK PROGRESS, INC., NATA'S KIDS, INC.,<br>and NATALYA KASHUK,<br><br>Defendants. | Case No.:  1:26-cv-00541<br><br>**RIDER TO SUMMONS** |

NK PROGRESS, INC.
1733 Sheepshead Bay Road, Suite 16,
Brooklyn, NY 11235


NATA'S KIDS, INC.
1733 Sheepshead Bay Road, Suite 16,
Brooklyn, NY 11235


NATALYA KASHUK
1733 Sheepshead Bay Road, Suite 16,
Brooklyn, NY 11235

1

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| Emanuel Kataev, Esq.<br>Sage Legal LLC<br>18211 Jamaica Avenue<br>Jamaica, NY 11423<br>*Telephone No:* 718-412-2421 | |
| *Attorney for:* Plaintiff(s) | *Ref. No. or File No.:* |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court - Eastern District Of New York |

*Plaintiff(s):* Anastasia Andreyeva
*Defendant:* NK Progress, Inc., et al.

| **AFFIDAVIT OF SERVICE**<br>**Summons/Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>26CV00541OEMVMS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Notice of Case Assignment; ; Initial Scheduling Order; USMJ Consent form

3. a. Party served:  Natalya Kashuk

4. Address where the party was served:  1733 Sheepshead Bay Road
   Suite 16
   Brooklyn, NY 11235

5. I served the party:
   b. **by substituted service.** On: Fri., Feb. 27, 2026 at: 10:52AM by leaving the copies with or in the presence of:
   Svitlana Vaskiv, Service Coordinator, Caucasian, Female, 25-35 Years Old, Blond Hair, Eyes, 5 Feet, 135 Pounds
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. **Person Who Served Papers:**       *Fee for Service:*
   a. Jeisser Mejia
   b. **Class Action Research & Litigation**
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

8. *I affirm on March 2nd, 2026 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.*

AFFIDAVIT OF SERVICE
Summons/Complaint

(Jeisser Mejia)

emkat.293354

| Attorney or Party without Attorney:<br>Emanuel Kataev, Esq.<br>Sage Legal LLC<br>18211 Jamaica Avenue<br>Jamaica, NY 11423<br>Telephone No: 718-412-2421    FAX No: | | For Court Use Only |
|---|---|---|
| Ref. No or File No.: | | |
| Attorney for: Plaintiff(s) | | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court - Eastern District Of New York |

| Plaintiff(s): Anastasia Andreyeva |
|---|
| Defendant: NK Progress, Inc., et al. |

| **AFFIDAVIT OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>26CV00541OEMVMS |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Notice of Case Assignment; ; Initial Scheduling Order; USMJ Consent form

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:                      Mon., Mar. 02, 2026
   b. Place of Mailing:                    Penryn, CA 95663
   c. Addressed as follows:            Natalya Kashuk
                                  1733 Sheepshead Bay Road
                                  Suite 16
                                  Brooklyn, NY 11235

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Mon., Mar. 02, 2026 in the ordinary course of business.

5. *Person Serving*                                    *Fee for Service:*
   a. Janis Dingman
   b. Class Action Research & Litigation
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

8. *I declare under penalty of perjury under the laws of the State of NEW YORK and under the laws of the United States Of America that the foregoing is true and correct.*

*Janis Dingman*

**AFFIDAVIT OF SERVICE**
**By Mail**                              **(Janis Dingman)**      *emkat.293354*