

192 Pembroke St.
Brooklyn, New York 11235

☎ 347-731-8114
✉ slavakashukesq@outlook.com

June 16, 2026

**VIA ECF**
Honorable Vera M. Scanlon
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Andreyeva v. NK Progress, et. al</u>, Case No. 1.26-cv-00541-OEM-VMS

Your Honor:

I represent defendants NK Progress Inc., Nata's Kids Inc., and Natalya Kashuk ("Defendants") in the above-referenced matter. Defendants respectfully submit this request in accordance with your Honor's Individual Practice Rules governing applications for extensions of time. I write to respectfully request a thirty (30) day enlargement of time within which Defendants may answer or otherwise respond to the Complaint. Defendants respectfully seek to extend the July 6, 2026, deadline up to and including August 5, 2026.  This is Defendants' first request for an extension, and no prior requests have been made.

The requested extension is necessary due to the undersigned's unforeseen personal circumstances requiring travel during late June and throughout July 2026, which will materially limit Defendants' ability to prepare a complete and appropriate response within the existing timeframe. Specifically, the travel will significantly reduce the undersigned's availability to (1) confer with Defendants regarding the allegations and defenses, (2) collect and review relevant records needed to evaluate the claims and determine the proper responsive pleading or motion, and (3) prepare a response that is accurate, complete, and consistent with Defendants' obligations to the Court.

The Undersigned raised this request with Plaintiff's counsel in advance of filing, and Plaintiff's counsel advised that Plaintiff takes no position on the requested extension. While Defendants' request is up to and including August 5, 2026, they can also meet any of the following alternative deadlines should the Court prefer a shorter adjournment: July 31, 2026, or August 3, 2026.

The requested extension will not prejudice Plaintiff and will not affect any other deadlines or scheduled dates currently set in this matter. This request is being made approximately three (3) weeks ahead of the original July 6, 2026, deadline.

For the foregoing reasons, Defendants request a thirty (30) day enlargement of time to answer or otherwise respond to the Complaint, from July 6, 2026, until August 5, 2026.

The undersigned, on behalf of Defendants, thanks the Court for its time and consideration of this application.

Respectfully submitted,

/s/ Vyacheslav Kashuk
Vyacheslav Kashuk, Esq.
Attorney for Defendants

Cc: (VIA ECF)
Sage Legal LLC
Emmanuel Kataev, Esq.
Attorney for Plaintiff