# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ANASTASIA ANDREYEVA,**<br><br>*Plaintiff,*<br><br>-against-<br><br>**NK PROGRESS INC., NATA'S KIDS INC., and NATALYA KASHUK,**<br><br>*Defendants.* | **Case No. 1:26-cv-00541 (OEM) (VMS)**<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that, pursuant to Local Civil Rule 1.4, Vyacheslav Kashuk, Esq. hereby appears in this action as counsel for Defendants NK Progress Inc., Nata's Kids Inc., and Natalya Kashuk.

All notices, pleadings, correspondence, and other papers in this action should be directed to the undersigned at the address set forth below and through the Court's CM/ECF system.

Dated: Brooklyn, New York
      August 3, 2026

*/s/ Vyacheslav Kashuk*
**Vyacheslav Kashuk**
192 Pembroke Street
Brooklyn, New York 11235
Telephone: (347) 731-8114
Email: slavakashukesq@outlook.com
*Attorney for Defendants*