**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANASTASIA ANDREYEVA,<br><br>                                                    *Plaintiff,*<br><br>-against-<br><br>NK PROGRESS INC., NATA'S KIDS INC., and NATALYA KASHUK,<br><br>                                                    *Defendants.* | Case No. 1:26-cv-00541 (OEM) (VMS)<br><br>**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), Defendants NK Progress Inc. and Nata's Kids Inc., by and through their undersigned counsel, submit the following corporate disclosure statement:

1. NK Progress Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

2. Nata's Kids Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: Brooklyn, New York
        August 3, 2026

                                        */s/ Vyacheslav Kashuk*
                                        **Vyacheslav Kashuk**
                                        192 Pembroke Street
                                        Brooklyn, New York 11235
                                        Telephone: (347) 731-8114
                                        Email: slavakashukesq@outlook.com
                                        *Attorney for Defendants*