# EXHIBIT A

# NATA'S KIDS, INC.

**1733 Sheepshead Bay Road S.36 Brooklyn, NY 11235**
**Tel (347) 414-9990    Fax (347) 252-0222**

## SALARY EMPLOYMENT AGREEMENT

THIS EMPLOYMENT AGREEMENT (the "Agreement"), made as of the _____, is entered into by Nata's Kids Inc, (the "Company"), and *Anastasia Andreyeva* residing at X *2245 Ocean Pkwy # 2D Bk, NY 11223* (The "Employee").

The Company desires to employ the Employee, and the Employee desires to be employed by the Company. In consideration of the mutual covenants and promises contained herein, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged by the parties hereto, the parties agree as follows:

1. The Company hereby agrees to employ the Employee, and the Employee hereby accepts employment with the Company, for the initial position and upon the initial terms and conditions described in the offer letter attached hereto as Exhibit A. The Employee agrees to devote his entire business time, attention and energies to the business and interests of the Company. The Company, in its sole discretion, may offer the Employee other positions within the Company at any time during the term of employment upon such terms and conditions as the Company may, in its sole discretion, determine. Any such change to the Employee's position or the terms and conditions of Employee's employment shall not necessitate any amendment to this Agreement, which shall remain in full force and effect, subject to any amendments as provided in Paragraph 12 hereof, throughout the Employee's entire tenure with the Company. Employee, at all times during employment by the Company, shall be subject to any Company' employee policies and procedures, as such may be amended· from time to time. Copies of any such Company policies and procedures will be made available to the Employee and the Employee will have an opportunity to raise any questions with respect thereto.

2. The Employee's hire date shall be the date of this Agreement. The Company shall pay the Employee in 24 equal installments per year paid twice per month. As a condition of employment the Employee is required as of the date of hire to provide the Company with checking or savings account information to be used for payroll direct deposit.

3. The Employee shall be entitled to participate in any benefit programs that the Company establishes and makes available to its full-time employees, subject to any eligibility requirements.

4. The Company shall reimburse Employee for all reasonable travel, entertainment, and other expenses incurred or paid by the Employee in connection with, or related to, the performance of his duties, responsibilities, or services under this Agreement, consistent with Company policy.

5. Employment is "at will," and not for any stated term. The employment of Employee by

the Company pursuant to this Agreement may be terminated at any time by the Company or the Employee with or without cause. .

6. The Employee shall execute the Non-Solicitation and Confidentiality Agreement in the form attached hereto as **Exhibit B.**

7. The parties agree that any controversy, claim, or dispute arising out of or relating to this Agreement, or the breach thereof, or arising out of or relating to the employment of the Employee, or the termination thereof, including any claims under federal, state, or local statutes or common law, shall be resolved by binding arbitration in New York, before a single arbitrator, in accordance with the Employment Dispute Resolution Rules of the American Arbitration Association. The parties agree that any award rendered by the arbitrator shall be final and binding, and that judgment upon the award may be entered in any court having jurisdiction thereof. Each side shall pay its own attorney's fees and one-half of the arbitrator's fees. The arbitrator shall have no authority to award punitive, consequential, special, indirect, incidental or extra-contractual damages.

8. This Agreement shall be binding upon and shall inure to the benefit of the parties and their heirs, personal representatives, administrators, successors and assigns.

9. This Agreement is fully assignable by the Company. The duties and responsibilities of the Employee herewith are of a personal nature and shall not be assignable, in whole or in part, by Employee.

10. The invalidity or unenforceability of any provision of this Agreement shall not affect the other provisions hereof, and this Agreement shall be construed as if such invalid or unenforceable provision were omitted.

11. This Agreement shall be governed by and interpreted in accordance with the laws of the State of NY.

12. This Agreement contains the entire understanding of the parties with respect to the employment of the Employee hereunder, and this Agreement supersedes all prior representations, understandings, and agreements of the parties with respect thereto. This Agreement may be amended at any time provided that such amendment is in writing and is signed by each of the parties hereto.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the day and year set forth above.

THE EMPLOYEE:

By:_____

THE COMPANY:
Nata's Kids Inc

By:_____

**EXHIBIT A**

# NATA'S KIDS, INC.

**1733 Sheepshead Bay Road S.36 Brooklyn, NY 11235**
**Tel (347) 414-9990    Fax (347) 252-0222**

Date: _06/30/14_

Name: _Anastasia Andreyeva_

Address: _X   2245 Ocean PKWY #2D BK, NY 11235_

Nata's Kids Inc. (the **"Company"**) is pleased to extend you this Offer for you to join the Company, as set forth below.

**Position**. You will be employed as _____ , and you will devote 100% of your professional time to your employment. You will be based in the New York Metropolitan Area, primarily working from 1733 Sheepshead Bay Road S. 36 Brooklyn, NY 11235 and will not be relocated without your Consent.

**Compensation**. Your base compensation will be $ _40,000_ per year. You will be eligible for annual salary increases and bonuses based on proficient performance in the discharge of your duties and responsibilities, and the Company's senior managers may reasonably determine such other criteria as.

**Start Date.** _7/1/14_

**Vacation & Holidays** You will be eligible for vacation and holiday benefits in accordance with the Company's general policy.

**At-Will Employment**. It is understood that you will be an at-will employee, your employment being terminable by you or by the Company with or without cause at any time. If your employment is terminated for cause, all options that are unexercised at the date your employment is terminated will be cancelled. If your employment is terminated due to resignation by you, or by the Company without cause, all options that are not vested as of the termination date will be cancelled, and the vested options you hold as of such date shall expire 90 calendar days following such termination date, unless they are exercised prior to that date by you.

**Employment Agreement**. Your employment will be subject to the Company's Employment Agreement, to which this offer letter is Exhibit A, and to the Non-Solicitation and Confidentiality Agreement, which is Exhibit B to the Employment Agreement.

If the foregoing offer is acceptable, please sign in the space provided below and return this letter to me. Immediately upon its receipt, a copy will be sent to you, and your employment by the Company will commence. I sincerely look forward to having you on the Nata's Kids team.

Very truly yours,

**Nata's Kids Inc**

By:_____

Natalya Kashuk, CEO

**ACCEPTED AND AGREED**
as of the __1__ th day of ___July___ , 20.14

X _____

Name: ___Anastasia Andreyeva___