**Sage Legal LLC**

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

October 8, 2026

**VIA ECF**
United States District Court
Eastern District of New York
Attn: Hon. Orelia E. Merchant, U.S.D.J.
225 Cadman Plaza East
Courtroom 6C South
Brooklyn, New York 11201

***Re:*** **Andreyeva v. NK Progress, Inc., Nata's Kids, Inc., *et al.***
**Case No. 1:26-cv-00541**
**Plaintiff's Letter Requesting Order Directing Compliance with Mediation**

Dear Judge Merchant:

This office represents Plaintiff Anastasia Andreyeva (the "Plaintiff") in the above-referenced case. Plaintiff respectfully writes to advise the Court that, despite Plaintiff's requests that Defendants confer regarding the selection of a mediator, Defendants have failed to respond, thereby preventing the parties from moving forward with mediation.

Plaintiff has attempted to coordinate the selection of a mediator with Defendants' counsel but has received no response to those requests. Plaintiff remains ready and willing to participate in mediation and seeks only Defendants' cooperation so that the process can proceed without further delay.

Accordingly, Plaintiff respectfully requests an Order directing Defendants to comply with the Court's Order dated October 1, 2026, including requiring Defendants to respond to Plaintiff's communications concerning mediator selection by tomorrow, confer in good faith regarding the selection of a mediator, and cooperate in scheduling mediation in accordance with the Court's directives. In the alternative, Plaintiff requests such other relief as the Court deems appropriate to facilitate prompt mediation. Plaintiff thanks the Court for its time and consideration.

Dated: Jamaica, New York
October 8, 2026

Respectfully submitted,
**SAGE LEGAL LLC**
*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, New York 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc
*Attorneys for Plaintiff*
*Anastasia Andreyeva*

**VIA ECF**
All counsel of record