VK
Vyacheslav Kashuk
ATTORNEY AT LAW

192 PEMBROKE ST. | BROOKLYN, NY 11235
**T 347.731.8114**
E slavakashukesq@outlook.com

October 22, 2026

**VIA ECF**
Honorable Vera M. Scanlon
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** *Andreyeva v. NK Progress, et al.,* No. 1:26-cv-00541-OEM-VMS
Defendants' Letter Clarifying Mediator Selection

Your Honor:

I represent Defendants and respectfully submit this letter in response to the Court's October 20, 2026, Order directing the parties to inform the Court of their mediator selection by October 23, 2026. The selection has now been docketed, and I am writing to clarify the events preceding that entry.

The parties conferred regarding mediator selection and agreed to select Davida Perry, Esq. prior to October 15, 2026. Plaintiff's counsel was to file a joint letter advising the Court of the parties' discussions and agreed-upon selection. However, that anticipated letter was not filed. I attempted to follow up with Plaintiff's counsel this week concerning the filing but have not received a response. On October 20, 2026, Ms. Perry subsequently contacted counsel concerning mediation. Thus, the parties had agreed upon a mediator before the October 20, 2026, Order, although the selection had not yet appeared on the docket.

I submit this update on behalf of Defendants to ensure that the Court has timely notice of the agreed selection and the steps already taken to proceed with mediation. Defendants have reached out to Ms. Perry regarding scheduling and remain prepared to participate in accordance with the Court's orders.

Thank you for the Court's consideration.

Respectfully submitted,

/s/ Vyacheslav Kashuk
Vyacheslav Kashuk, Esq.
*Attorney for Defendants*

cc: (via ECF)

Emmanuel Kataev, Esq.,

Sage Legal LLC

*Attorney for Plaintiff*