Vyacheslav Kashuk
ATTORNEY AT LAW

192 PEMBROKE ST. | BROOKLYN, NY 11235
**T 347.731.8114**
E slavakashukesq@outlook.com

October 29, 2026

**VIA EMAIL & FEDERAL EXPRESS**
Emanuel Kataev, Esq.
Sage Legal LLC
18211 Jamaica Avenue
Jamaica, New York 11423

**Re**: Andreyeva v. NK Progress, Inc., et al.
Case No. 1:26-cv-00541 (OEM) (VMS)
Cover Letter for Service of Motion Documents

Dear Mr. Kataev:

On behalf of Defendants NK Progress, Inc., Nata's Kids, Inc., and Natalya Kashuk, enclosed please find the following papers in support of their motion to compel arbitration and stay this action, served pursuant to the Court's briefing schedule:

1. Notice of Motion
2. Memorandum of Law
3. Declaration of Natalya Kashuk
4. Declaration of Vyacheslav Kashuk, Esq.
5. Exhibit A- NKI Employment Agreement
6. Exhibit B- NKPI Agreement
7. Exhibit C- American Arbitration Association Fee/Costs Schedule

Pursuant to Section III.G.1 of Judge Merchant's Individual Practices and Rules, a copy of this cover letter is being filed on ECF. As previously ordered by the Court, the motion papers will be electronically filed upon completion of briefing in accordance with the Court's schedule. This cover letter shall be served via overnight mail in accordance with Local Civil Rule 5.3. Thank you for your attention to this matter.

Respectfully submitted,

**VYACHESLAV KASHUK, ESQ.**

/s/ Vyacheslav Kashuk
Vyacheslav Kashuk, Esq.

*Attorney for Defendants*